IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROBERT A. REED, ) | Case No.  19-42691 |
| ) | |
| Debtor. ) | |
| _____ ) | |
| TOBI M. BITNER, ) | Adversary No. 19-4088 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT A. REED, ) | |
| ) | |
| Defendant. | |

## ORDER

It is hereby

**ORDERED** that the guardian ad litem fees in the amount of $7,342.41 that Debtor was ordered to pay in the Johnson County District Court, as well as additional district court approved guardian ad litem fees pursuant to the order appointing Plaintiff as guardian ad litem, are excepted from discharge pursuant to 11 U.S.C. ' 523(a)(5) and/or (a)(15).

SO ORDERED this 5th day of May, 2020.

/s/ Dennis R. Dow
THE HONORABLE DENNIS R. DOW
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Fredrich J. Cruse

Scott W. Ross

Brian M. Holland